**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Owners Insurance Company, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Jerica Sherer, et al., ) <br> ) <br> Defendants. ) | No. CV-07-8112-PCT-PGR <br><br> ORDER |

IT IS ORDERED that the plaintiff's Motion to Continue Status Conference (doc. #10) is granted and that the status conference set for June 9, 2008 is vacated and is reset to **Monday, June 30, 2008, at 1:30 p.m.** in Courtroom 601, to be automatically vacated by the prior filing of a notice of voluntary dismissal.[1]

IT IS FURTHER ORDERED that fictitious defendants John and Jane Does I-X, ABC Corporations I-X, and XYZ Partnerships I-X are all dismissed from this

/ / /

---

[1] Since the reason given for the requested continuance is in effect the same reason given at the status conference held on May 5, 2008, the plaintiff is advised that if no notice of dismissal is filed by June 30th, the Court will consider dismissing this action without prejudice pursuant to Fed.R.Civ.P. 4(m) and paragraph 1 of the Order Setting Scheduling Conference (doc. #5) because there are no returns of service on file establishing that any named defendant was served with process prior to the expiration of Rule 4(m)'s service period.

action without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED this 6th day of June, 2008.

_____
Paul G. Rosenblatt
United States District Judge